# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**LARRY WOODSON,** :

    **Petitioner** :

          **CIVIL ACTION NO. 3:14-0558**

**v.** :

          **(Judge Mannion)**

**THERESA DELBALSO,** *et al.,* :

    **Respondents** :

## ORDER

Based on the foregoing memorandum considering petitioner Woodson's petition for writ of habeas corpus, the entire record, and respondents' response, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, (Doc. 1), is **DENIED** without an evidentiary hearing.

2. Petitioner's motion to amend his habeas petition, (Doc. 37), is **DENIED**.

3. Petitioner's motion to stay his habeas petition, (Doc. 45), is **DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. The clerk of court is directed to close this case.

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**Dated: March 30, 2016**