# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY WOODSON, | : |
| Petitioner | : CIVIL ACTION NO. 3:14-0558 |
| v. | : (JUDGE MANNION) |
| THERESA DELBASO, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Woodson's *pro se* motion for relief under Federal Rule of Civil Procedure 60(b)(6) (Doc. 52) is **DENIED**.

2. A certificate of appealability shall not issue, as Woodson has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. §2253(c)(2).

3. Woodson's motion for reduced copies of his reply brief (Doc. 73) is **GRANTED**. Petitioner's submission of his reply brief, filed without courtesy copies, (Doc. 74) is accepted as filed.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 23, 2022**
14-0558-02-Order